DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. WILLIAMS

No. 2 PC.

Case below: 20 N.C. App. 310.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.